# COURT OF ERRORS AND APPEALS

OF THE

# STATE OF NEW JERSEY.

## ON APPEAL FROM THE COURT OF CHANCERY.

### MARCH TERM, 1904.

———————

AARON E. JOHNSTON, executor of Mary E. Throckmorton, deceased, respondent,

*v.*

PATRICK I. REILLY et al., appellants.

[Filed May 13th, 1904.]

A constructive trust will arise against a person who, by falsely representing to B that he is acting in the interest of C, obtains from B property which B intended to give to C, and that trust may be enforced by C irrespective of the question whether C had an enforceable claim against B.

———————

On demurrer to bill.

*Mr. Aaron E. Johnston, pro se.*

*Mr. Charles J. Roe,* for the appellants.

Swift v. Delaware, Lackawanna and Western R. R. Co.

PER CURIAM.

According to the allegations in this bill, Van Note intended to convey to Mary E. Throckmorton his legal title to the property, subject to the defendants' encumbrances, and the defendants, by representing to Van Note that they were acting in the interest and for the benefit of Mrs. Throckmorton, so as to secure for her the surplus arising from the sale of the property on the foreclosure of their encumbrances, induced Van Note to convey his title to them.

These circumstances would establish against the defendants, in favor of Mrs. Throckmorton, a constructive trust arising *ex maleficio,* co-extensive with the representations so made (*2 Pom. Eq. Jur.* § *1055*), without regard to the question whether there was any enforceable arrangement between her and Van Note.

The order overruling the demurrer to the bill is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—12.

*For reversal*—None.